IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNETH RAY PITTS                                                                                    PLAINTIFF
ADC #85938

V.                                        No. 5:19CV00166-JM

BILLY WILLIAM STRAUGH,
Warden, Cummins Unit, ADC, *et al.*                                                      DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 9th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE